# EXHIBIT H

apply to television delivered via all IP based browsers, personal computers, gaming consoles, internet attached devices such as "set top boxes" (which may or may not utilize wireless technology), display devices utilizing 'built in' receiver interfaces, and mobile devices. ~~Same as above~~, but will exclude any web streaming or web casting to personal computers.  The Content consists of the television and radio channels described on Exhibit A attached hereto and all content included therein (collectively referred to herein as the "Channels").  Such rights granted to Intercom include the right to use brief excerpts (not exceeding thirty (30) seconds each) of the programs on the Channels and printed excerpts thereof solely to advertise and promote the Channels; provided that Intercom shall not modify or delete any of the Content including the credits or copyright notices as they may appear in the Content distributed on the Channels. Intercom will ~~we shall maintain say in the pricing~~ set the pricing for the Channels to all users. The proceeds, net of any license fee payments to EuroVu described in Paragraph 2 below, shall be retained by Intercom.  It is understood and agreed that Intercom will market, promote and sell the Channels under its subsidiary know as Intercom Poland LLC, provided that EuroVu shall look solely to Intercom for performance of this Agreement and Intercom shall remain primarily liable for all of its obligations under this Agreement.

2. **License Fee Payments to EuroVu.**

2.1    Timing of License Fee Payments.  ~~The~~Subject to the last sentence of Section 14, below, the license fees described below will be paid monthly in arrears and will begin following the month that Live Testing (as defined below) is completed (as indicated by written notice from Intercom to ~~Spanski~~EuroVu), but in no event later than January 31, 2011~~)~~ (the "License Fee Payments Commencement Date"). ~~You cannot stipulate the time of starting the license payments from the date you "complete" live testing. Technically you can continue "live testing" indefinitely, and this is not acceptable. You shall have 14 days for testing and the first month on which License fees shall be due will be January 2011.~~ **[NOTE THAT THERE IS A DROP DEAD / HARD DATE OF 1/31/11 AT WHICH POINT THE PAYMENTS COMMENCE.]**

2.2    TVP Package License Fee:  In conjunction with the sale of the TVP Polonia, TVP Info and two Polskie Radio Channels (collectively, the "TVP Package") to "Service Subscribers" (defined as Intercom subscribers authorized to receive the Channels) in the Territory (as defined in Paragraph 4 below), Intercom shall pay EuroVu a license fee for each month that a Service Subscriber maintains a subscription for the TVP Package in a fixed amount equal to the greater of (i) twelve US dollars ($12.00 USD) for each such Service Subscriber, or (ii) the applicable Minimum Guarantee amount specified in Paragraph 2.5 below (the "TVP Package License Fee").   It is understood and agreed that TVP Info constitutes a non-compensable inclusion in the TVP Package, and in the event that TVP Info at any time ceases to be available for distribution in the TVP Package, the TVP Package License Fee payable to EuroVu for the TVP Package excluding TVP Info shall remain the same as set forth above for the TVP Package including TVP Info, however, in such event, the TVP Package Minimum Guarantees described in Section 2.6, below will no longer apply. ~~So what for are Minimum Guarantees? This is NO, NO~~ **IF TVP INFO COMES OUT THIS MAY CAUSE US TO LOSE SUBSCRIBERS.  THE GUARANTEES ARE BASED ON TVP INFO BEING IN THE PACKAGE.  WE CANNOT ASSUME THE RISK IF THE CHANNEL LINEUP CHANGES AND WE LOSE CUSTOMERS DUE TO THAT CHANGE.**