# EXHIBIT J

# (to be filed under seal upon motion with leave of the Court)