# EXHIBIT 1
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

# United States District Court for the Southern District of New York

Spanski Enterprises, Inc and Eurovu, S.A.,

        Plaintiff(s),

vs.

Intercom Ventures, LLC, et al.,

        Defendant(s).

Case No.: **12 CIV 4175**

**AFFIDAVIT OF SERVICE**

I, Dan Tabacaru, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee or agent of United Processing, Inc., a licensed private detective agency, license number 117-001101, appointed by the court to serve process in the above-referenced cause.

On May 29, 2012 at 1:15 PM, I served the within Summons in a Civil Action and Complaint on Dylan Bates, Intercom Poland, LLC in the following manner:

**Corporate Service:** By leaving a copy of the Summons in a Civil Action and Complaint with Drilon Qehaja, , an officer or agent of Dylan Bates, Intercom Poland, LLC.

Service was effected at 350 N. LaSalle Street , Chicago, IL 60654.

Description of person process was left with:

Sex: **Male** - Skin: **Caucasian** - Hair: **Black** - Approx. Age: **28** - Height: **6'** - Weight: **180**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

X_____
Dan Tabacaru
License(s): Agency: 117-001101