# EXHIBIT 2
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

## United States District Court for the Southern District of New York

Spanski Enterprises, Inc and Eurovu, S.A.,

           Plaintiff(s),

vs.

Intercom Ventures, LLC, et al.,

           Defendant(s).

Case No.: **12 CIV 4175**

**AFFIDAVIT OF SERVICE**

I, Paul McKenzie, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee or agent of United Processing, Inc., a licensed private detective agency, license number 117-001101, appointed by the court to serve process in the above-referenced cause.

On May 25, 2012 at 3:40 PM, I served the within Summons in a Civil Action, Complaint, Order to Show Cause, Plaintiffs Memorandum of Law, Declaration of Michael Barnett and Declaration of Boguslaw M. Spanski w/ Exhibits A-F on Intercom Poland, LLC in the following manner:

**Corporate Service:** By leaving a copy of the Summons in a Civil Action, Complaint, Order to Show Cause, Plaintiffs Memorandum of Law, Declaration of Michael Barnett and Declaration of Boguslaw M. Spanski w/ Exhibits A-F with Drilon Qehaja, Chief Technology Officer, an officer or agent of Intercom Poland, LLC.

Service was effected at 350 N. LaSalle Street, Chicago, IL 60654.

Description of person process was left with:

Sex: **Male** - Skin: **Caucasian** - Hair: **Black** - Approx. Age: **28** - Height: **6'** - Weight: **180**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

X_____
Paul McKenzie
License(s): Agency: 117-001101