# EXHIBIT 5
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

| Form **LLC-5.5** October 2009 Secretary of State Department of Business Services Limited Liability Division 501 S. Second St., Rm. 351 Springfield, IL 62756 217-524-8008 www.cyberdriveillinois.com Payment must be made by certified check, cashier's check, Illinois attorney's check, C.P.A.'s check or money order payable to Secretary of State. | Illinois Limited Liability Company Act **Articles of Organization** SUBMIT IN DUPLICATE Type or print clearly. This space for use by Secretary of State. Date: 9-8-2010 Filing Fee: $500 Approved: | FILE # 0382-378-6 This space for use by Secretary of State. **FILED** SEP 08 2010 JESSE WHITE SECRETARY OF STATE |
|---|---|---|

1. Limited Liability Company Name: **DBPOL LLC**
   The LLC name must contain the words Limited Liability Company, L.L.C. or LLC and cannot contain the terms Corporation, Corp., Incorporated, Inc., Ltd., Co., Limited Partnership or L.P.

2. Address of Principal Place of Business where records of the company will be kept: (P.O. Box alone or c/o is unacceptable.)

   790 Remington Blvd
   Bolingbrook, IL 60440

3. Articles of Organization effective on: (check one)
   ☑ the filing date
   ☐ a later date (not to exceed 60 days after the filing date): _____
   Month, Day, Year

4. Registered Agent's Name and Registered Office Address:

   Registered Agent: Dan            C              Cole
                    First Name     Middle Initial  Last Name

   Registered Office: 191 N. Wacker Drive                    2300
   (P.O. Box alone or c/o   Number    Street                 Suite #
   is unacceptable.)
                      Chicago                    IL  60606
                      City                           ZIP Code

5. Purpose(s) for which the Limited Liability Company is organized:
   **The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act.**
   (LLCs organized to provide professional services must list the address(es) from which those services will be rendered if different from Item 2. If more space is needed, use additional sheets of this size.)

   _____
   _____
   _____
   _____
   _____

6. Latest date, if any, upon which the company is to dissolve: _____
   (Leave blank if duration is perpetual.)                      Month, Day, Year

Printed on recycled paper. Printed by authority of the State of Illinois. June 2010 — 2M — LLC 4.14



EXHIBIT
TTs' 2
9.5.12 EEC

DB0002516

LLC-5.5

7. (Optional) Other provisions for the regulation of the internal affairs of the Company: (If more space is needed, attach additional sheets of this size.) _____

_____

_____

_____

8. The Limited Liability Company: (Check either a or b below.)

   a. ☐ is managed by the **manager(s)** (List names and business addresses.)

   _____

   _____

   _____

   _____

   b. ☑ has management vested in the **member(s)** (List names and business addresses.)

   Dylan Bates

   790 Remington Blvd.

   Bolingbrook, IL 60440

   _____

9. **Name and Address of Organizer(s)**
   I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

   Dated September 2, 2010
         Month & Day         Year

   1. *A Magda* (Signature)

      Andrew D. Magda — Name (type or print)

      _____
      Name if a Corporation or other Entity, and Title of Signer

   1. 191 N. Wacker Drive Suite 2300
      Number          Street

      Chicago — City/Town

      IL 60606
      State          ZIP Code

   2. _____ (Signature)

      _____ Name (type or print)

      _____
      Name if a Corporation or other Entity, and Title of Signer

   2. _____
      Number          Street

      _____ City/Town

      _____
      State          ZIP Code

Signatures must be in black ink on an original document. Carbon copy, photocopy or rubber stamp signatures may only be used on conformed copies.

♻ Printed on recycled paper  Printed by authority of the State of Illinois. June 2010 — 2M — LLC 4.14

DB0002517