# EXHIBIT 6
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

Form **LLC-45.5**
June 2010

**Secretary of State**
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.cyberdriveillinois.com

Payment must be made by certified check, cashier's check, Illinois attorney's check, C.P.A.'s check or money order payable to Secretary of State.

Illinois Limited Liability Company Act
**Application for Admission to Transact Business**

**SUBMIT IN DUPLICATE**
Type or Print Clearly.

This space for use by Secretary of State.

Filing Fee: $500
Penalty:    $
Approved: _____

FILE #:

0333050-8

This space for use by Secretary of State.

**FILED**

SEP 2 4 2010

**JESSE WHITE
SECRETARY OF STATE**

1. Limited Liability Company Name: _Intercom Poland, LLC_

2. Assumed Name: _____
   (This Item is only applicable if the company name in item 1 is not available for use in Illinois, in which case form LLC 1.20 must be completed and submitted with this application.)

3. Jurisdiction of Organization: _Delaware_

4. Date of Organization: _August 2, 2010_

5. Period of Duration: _perpetual_
   (Enter Perpetual unless there is a Date of Dissolution provided in the agreement, in which case enter that date.)

6. Address of the Office required to be maintained in the jurisdiction of its organization or, if not required, of the Principal Place of Business: (P.O. Box alone or c/o is unacceptable.)

   _790_                              _Remington Blvd._
   Number                            Street                                   Suite #

   _Bolingbrook, IL_                                  _60440_
                     City,State                       ZIP Code

7. Registered Agent: _Dan_                    _C_                    _Cole_
                     First Name              Middle Name            Last Name

   Registered Office: _191_        _North Wacker Drive_       _23rd Floor_
   (P.O. Box alone or c/o       Number              Street              Suite #
   is unacceptable.)
                     _Chicago_                    _Illinois_ _60606_
                     City                                     Zip Code

8. If applicable, Date on which Company first conducted business in Illinois: _Not applicable_

**EXHIBIT**
IIS' 3
9.5.12 ETC

(continued on back)

♲ Printed on recycled paper. Printed by authority of the State of Illinois. July 2010 — 1M — LLC 17.12

DB0002416

**LLC-45.5**

9. Purpose(s) for which the Company is Organized and Proposes to Conduct Business in Illinois: Any lawful purpose for which a limited liability company may be formed under the Act

10. The Limited Liability Company: (check one)

a. ✓ is managed by the **manager(s)** (List names and addresses.)

DBPol LLC

790 Remington Blvd.

Bolingbrook, IL 60440

b. ☐ has management vested in the **members(s)** (List names and addresses.)

11. The Illinois Secretary of State is hereby appointed the agent of the Limited Liability Company for service of process under circumstances set forth in subsection (b) of Section 1-50 of the Illinois Limited Liability Company Act.

12. **This application is accompanied by a Certificate of Good Standing or Existence, duly authenticated within the last 60 days, by the officer of the state or county wherein the LLC is formed.**

13. The undersigned affirms, under penalties of perjury, having authority to sign hereto, that this application for admission to transact business is to the best of my knowledge and belief, true, correct and complete.

Dated: _____9/17/10_____
Month, Day, Year

_____
Signature

Dylan Bates
Name and Title (type or print)

DBPol LLC, Manager
If applicant is signing for a Company or other Entity, state Name of Company and indicate whether it is a member or manager of the LLC.

♻ Printed on recycled paper. Printed by authority of the State of Illinois. July 2010 — 1M — LLC 17.12

DB0002417