# EXHIBIT 8
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

| | |
|---|---|
| **From:** | Dylan Bates |
| **Sent:** | Thursday, October 07, 2010 10:03 PM |
| **To:** | Tony Hoti; Drilon Qehaja |
| **Subject:** | update |

Hey guys,

Well, here we are...good things happening! Everything seems to be falling into place...I think things are happening exactly how we all had hoped...Tony – locking up content (great job!); Drilon – preparing the technology/network (thank you for the hard/diligent work!); Dylan – providing the capital and bringing great resources to the table in Joanna and Luke. Securing the best content package in the industry is exciting...securing the office space today is awesome – we are in a class A office building with room to grow. I firmly believe that we will be able to have a wildly successful venture!

I am excited about the upcoming job fair and getting our staff lined up...there is a lot to do!! In thinking about the operations manager position, I would like to make a recommendation. I would like to bring Nunzio into that role. I know that we had originally talked about having a bilingual individual in that role, however I feel like this is not a necessary skill at this time...we will be hiring all bilingual customer service and tech support staff – he would be able to effectively communicate with this group...also, in short order, we will identify a call center manager role that will be able to speak Polish and handle anything that needs to be handled in Polish. I have a lot of confidence in Nunzio (he has significant business experience) and we need to move fast on various action plans to execute on our various initiatives. We must trust the person in this important role...I have known Nunzio for a long time and Sulaski has known him for 10 years...he is a very organized guy and has already learned a lot about the technology through working with the JHN project. I am afraid of a learning curve and trust factor curve that we would have to get through with someone that we don't know...also, the timeframe is simply too tight. I hope that you will trust my judgment on this and I would really like to move forward with this plan. He will not disappoint and will be a great addition to our team. I would like to know your thoughts asap so that I can reach out and set up a meeting with Nunzio to move the plan forward. Lets make this happen!?

Talk soon, DB

p.s. we need to meet with the accounting firm asap...they will be setting up our payroll system and need to get acclimated on what has happened thus far with all expenditures

Dylan Bates
Chief Operating Officer
ATI Physical Therapy
790 Remington Blvd.
Bolingbrook, IL 60440



EXHIBIT
TS 4
9.5.12   EFC

1

CONFIDENTIAL - ATTORNEYS EYES ONLY

630-296-2231
630-759-6702 - Fax
dylan.bates@atipt.com <mailto:dylan.bates@atipt.com>

2

CONFIDENTIAL - ATTORNEYS EYES ONLY