# EXHIBIT 9

# 9/28/12 ZAVIN DECLARATION

# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

**From:** Dylan Bates
**Sent:** Friday, October 08, 2010 1:01 PM
**To:** Tony Hoti
**Cc:** Drilon Qehaja
**Subject:** Re: update

Tony, we will never meet our timelines and launch if we bring someone on after the job fair...and that is presuming we actually find the right candidate...please trust my recommend ation as I have trusted your recommendations (i.e. Senad)). We can always hire a polish speaking professional to work alongside Nunzio as we grow. I am investing ▬ behind this project and my comfort level is high with Nunzio...he will be great. Please trust my judgment. Take care, Dylan

Sent from my iPhone

On Oct 8, 2010, at 1:28 PM, "Tony Hoti" <tony@intercomventures.com> wrote:

> Hey Dylan,
> Hope all is well in Chicago. I am glad to hear your enthusiasm about
> the project. I share your sentiment to an extreme. I believe we are
> definitely on the right track, however, there is a lot to get done.
> You guys in Chicago need to be very diligent and meet some time
> sensitive deadlines such as the STB's if we're to achieve our December
> launch. I am very pleased with all the approaches we have taken so far
> with all the different components involved in making this venture a
> huge success as it needs to be. In respect to the operations manager
> position, I had set my mind on having a bilingual person with great
> business skills. Your recommendation that we hire Nunzio for the OM
> position has come as a surprise and I will need a couple of days to
> think it through. I want to make it clear that I believe Nunzio did
> an excellent job in what I think is a disturbing and shitty situation
> at JHP. I will let you know my thoughts on this in the next couple of
> days.
> Tony
>
> _____
> From: Dylan Bates [dylan.bates@atipt.com]
> Sent: Thursday, October 07, 2010 10:02 PM
> To: Tony Hoti; Drilon Qehaja
> Subject: update
>
> Hey guys,
>
> Well, here we are...good things happening! Everything seems to be fal
> ling into place...I think things are happening exactly how we all had
> hoped...Tony – locking up content (great job!); Drilon – preparing the
> technology/network (thank you for the hard/diligent wo rk!); Dylan –
> providing the capital and bringing great resources to the table in
> Joanna and Luke. Securing the best content package in the industry is

1



CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0002688

> exciting...securing the office space today is awesome – we are in a
> class A office building with room to grow. I firmly b elieve that we
> will be able to have a wildly successful venture!
>
> I am excited about the upcoming job fair and getting our staff lined
> up...there is a lot to do!! In thinking about the operations manager
> position, I would like to make a recommendation. I would like to br
> ing Nunzio into that role. I know that we had originally talked abo
> ut having a bilingual individual in that role, however I feel like t
> his is not a necessary skill at this time...we will be hiring all bili
> ngual customer service and tech support staff – he would be able to
> effectively communicate with this group...also, in short order, we wil l
> identify a call center manager role that will be able to speak Pol ish
> and handle anything that needs to be handled in Polish. I have a lot
> of confidence in Nunzio (he has significant business experienc
> e) and we need to move fast on various action plans to execute on ou r
> various initiatives. We must trust the person in this important r
> ole...I have known Nunzio for a long time and Sulaski has known him fo r
> 10 years...he is a very organized guy and has already learned a lot
> about the technology through working with the JHN project. I am afr
> aid of a learning curve and trust factor curve that we would have to
> get through with someone that we don't know...also, the timeframe is
> simply too tight. I hope that you will trust my judgment on this and
> I would really like to move forward with this plan. He will no t
> disappoint and will be a great addition to our team. I would like to
> know your thoughts asap so that I can reach out and set up a mee ting
> with Nunzio to move the plan forward. Lets make this happen!?
>
> Talk soon, DB
>
> p.s. we need to meet with the accounting firm asap...they will be sett
> ing up our payroll system and need to get acclimated on what has hap
> pened thus far with all expenditures
>
>
> Dylan Bates
> Chief Operating Officer
> ATI Physical Therapy
> 790 Remington Blvd.
> Bolingbrook, IL 60440
> 630-296-2231
> 630-759-6702 - Fax
> dylan.bates@atipt.com<mailto:dylan.bates@atipt.com>
>
>
> _____
> This message contains confidential information and is intended only
> for the intended recipient(s). If you are not the named recipient you
> should not read, distribute or copy this e-mail. Please notify the
> sender immediately via e-mail if you have received this e-mail by
> mistake; then, delete this e-mail from your system.
>

2

CONFIDENTIAL - ATTORNEYS EYES ONLY                    DB0002689