# EXHIBIT 10
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

**From:** Dylan Bates
**Sent:** Monday, January 17, 2011 2:05 PM
**To:** 'Tony Hoti'
**Subject:** RE: Media Plan

Tony, thanks for the email...look forward to reviewing later today or tomorrow...please do not implement anything as we need to review the budget in total...we will not skimp on marketing, but I need to give feedback on best use of dollars as we will be tight.

Thanks, DB

Dylan Bates
Chief Operating Officer
ATI Physical Therapy
790 Remington Blvd.
Bolingbrook, IL  60440
630-296-2231
630-759-6702 - Fax
dylan.bates@atipt.com

---

**From:** Tony Hoti [mailto:tony@intercomventures.com]
**Sent:** Monday, January 17, 2011 2:59 PM
**To:** Dylan Bates; dylan_bates@hotmail.com; Drilon Qehaja
**Cc:** Nunzio Castellano
**Subject:** FW: Media Plan

Gentlemen, attached is the Advertising plan we are going to implement.  Please let me know your thoughts and/or comments.

Thanks,

Tony Hoti

President

Intercom Ventures, LLC

1165 North Clark Street Suite 314



4

CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0002760

Chicago, IL 60610

1.312.841.0600 M

1.312.380.4611 F

tony@intercomventures.com

www.intercomventures.com

www.shqiptv.com

www.bosnatv.com


From: Izabela Kaczor [mailto:izabelakaczor@sbcglobal.net]
Sent: Monday, January 17, 2011 1:19 PM
To: Tony Hoti
Subject: Media Plan

CONFIDENTIAL - ATTORNEYS EYES ONLY                                          DB0002761