# EXHIBIT 11
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

**From:** Nunzio Castellano <nucastel@gmail.com>
**Sent:** Wednesday, May 25, 2011 7:40 AM
**To:** Dylan Bates
**Subject:** PolTV

Dylan-

Good day in nyc... We met with our best NY dealers, including metro satellite and did some recon on the illegal competitor operating out of the Wizard store in the greenpoint neighborhood. It's an IPTV based platform, but it's basically a sling box. We bought a receiver and service and will bring it back with us. We rented a space for a mini job fair basically to meet locals and met with a few others that we've been in contact with over the past few months. There are at least two people we met with good connections from working with the Polish touring bands, and we discussed our involvement with the upcoming Polish concerts and picnics. We met with local clergy as well. We saw at least 5 or 6 locations within Greenpoint that had our posters and flyers and added a few more. We're heading to NJ today, then possibly back to greenpoint.

I will send you some updated #'s later on, but with yesterday we had 8 sales...

Will be in touch.

Thanks!

Nunzio Castellano
P 312.203.1180
F 312.268.5444
nunzio@intercomventures.com
www.poltv.tv


EXHIBIT
Ts' 10
9.5.12 EC

4

CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0003997