# EXHIBIT 12
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

**From:** Nunzio Castellano <nunzio@intercomventures.com>
**Sent:** Thursday, January 05, 2012 4:06 PM
**To:** LeAnn Piotrowski; Nunzio Castellano
**Cc:** Dylan Bates
**Subject:** RE: Update?

Hello LeAnn,

Tony is claiming that this bill is paid but I have not been able to find confirmation of this. I have an Intercom staff member looking into this as I type and I will let you know the outcome. Sorry for the delay...

**Nunzio Castellano**
p 312.203.1180
f 312.268.5444
nunzio@intercomventures.com
www.pol.tv

---

**From:** LeAnn Piotrowski [mailto:leann.piotrowski@atipt.com]
**Sent:** Wednesday, January 04, 2012 10:42 PM
**To:** Nunzio Castellano; Nunzio Castellano
**Cc:** Dylan Bates
**Subject:** Update?

Hi Nunzio,

I know we talked last Friday and you were going to talk to Tony regarding those outstanding fees to the state, do you have any updates?

Thanks,
LeAnn

LeAnn Piotrowski
Executive Assistant to Dylan Bates, COO
***ATI Physical Therapy***
790 Remington Blvd. | Bolingbrook, IL 60440
O: 630.296.2222 x7114 | C: 630.251.4267 | F: 630.759.6702
leann.piotrowski@atipt.com | www.ATIpt.com

*Taking Physical Therapy to a Higher Level*

---

This message contains confidential information and is intended only for the intended recipient(s). If you are not the named recipient you should not read, distribute or copy this e-mail. Please notify the sender immediately via e-mail if you have received this e-mail by mistake; then, delete this e-mail from your system.