# EXHIBIT 13
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

LeAnn Piotrowski

**From:** Tony Hoti <tony@intercomventures.com>
**Sent:** Friday, January 27, 2012 8:38 AM
**To:** Dylan Bates; dylan_bates@hotmail.com; Drilon Qehaja; Nunzio Castellano
**Subject:** FW: late payments

Hey Dylan, hope all is well. Below is an email I received from Bob. I repliedl saying that all is well and we will take care of the past dues shortly. Looking forward to getting this issue behind us so we can get this project to self sufficiency as soon as possible.

Best,
Tony

---

From: B.M. Bob Spanski [spanski@tvpolonia.com]
Sent: Thursday, January 26, 2012 1:34 PM
To: Tony Hoti
Cc: Nunzio Castellano
Subject: late payments

Dear Tony,
It was nice talking with you last week, during which conversation you undertook to ensure that payments overdue are paid this week.
As we are approaching the end of the week (tomorrow is Friday) and no sign of overdue payments ($70k for EuroVu and $14,005.00 for TPC), I want to ensure that you are aware of the implications of your failure to make those payments, which will be issuance of the notice of the breach, which in turn will open the whole legal process, which we both know will not be nice... Needless to say, I am trying my best to avoid such unpleasant situation, thus this email.
Trust you stick to your word...
Cheers,
Bob

1



CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0003678