# EXHIBIT 16
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP



LLOYD ROTHENBERG
Partner

345 Park Avenue
New York, NY 10154

Direct   212.407.4937
Main    212.407.4000
Fax     212.656.1076
lrothenberg@loeb.com

Federal Express

February 14, 2012

Intercom Ventures LLC
1165 North Clark Street
Suite 314
Chicago, Il 60610

Re:   License Agreements

Dear Sir or Madame:

We are counsel to EuroVu S.A. and Telewizja Polska Canada Inc.

Reference is hereby made to the License Agreement made and entered into as of January 2011 (the "Agreement") by and between Intercom Ventures LLC, a Delaware limited liability company ("Intercom"), and EuroVu S.A. ("EuroVu") and License Agreement made and entered into as of February 2011 (the "Canadian Agreement") by Intercom and Telewizja Polska Canada Inc. ("TPC"). Capitalized terms used but not otherwise defined in this letter shall have the meanings ascribed thereto in the Agreement.

Section 2.3B of the Agreement provides that commencing January 1, 2012, and continuing through December 31, 2012 Intercom's minimum monthly payment to EuroVu for the TVP Package under paragraphs 2.1 and 2.2 of the Agreement shall be Fifty Thousand ($50,000) per month.

Intercom has failed to pay to EuroVu the minimum monthly payment due in February, 2012 (*i.e.*, $50,000). This failure constitutes a payment breach.

Section 2.4 of the Agreement provides that Intercom shall pay EuroVu a License Fee in a fixed amount equal to Three US Dollars ($3.00) for each Service Subscriber for each month that the Service Subscriber maintains a subscription for the Other Package. The Tele5 License Fee is separate and apart from and in addition to the minimum monthly payments required to be paid in accordance with Section 2.3 of the Agreement.

Intercom has failed to pay to EuroVu no less than $4,317.00 of Tele5 License Fees required to be paid. Each such failure constitutes a payment breach.

In addition, Intercom has failed to pay to TPC no less than $8,865.00 of Licensee Fees required to be paid in February 2012 pursuant to the terms of the Canadian Agreement.

Section 16.1 of the Agreement and the Canadian Agreement provide that such agreements may be terminated for cause upon 30 days (10 days with respect to payment breaches) written

---

Los Angeles    New York    Chicago    Nashville    Washington, DC    Beijing    www.loeb.com

A limited liability partnership including professional corporations

NY1000497.2
209881-10001

DB0002420



Intercom Ventures LLC
February 14, 2012
Page 2

notice if either party fails to perform any material obligation under such agreements or such violation is not cured within 30 days (10 days with respect to payment breaches) of written notice.

This letter constitutes written notice that Intercom has failed to perform a number of material obligations under the Agreement and the Canadian Agreement. Each of Intercom's failures constitutes a payment breach. Accordingly, if Intercom fails to cure all of such payment breaches within 10 days, EuroVu shall have the right to terminate each such agreement.

This letter is not intended to be an exhaustive list of your obligations to EuroVu pursuant to the Agreement or the Canadian Agreement or all of its remedies, and EuroVu and TPC expressly reserve all of its rights and remedies and waives nothing.

Sincerely,

*Lloyd Rothenberg*

Lloyd Rothenberg
Partner


cc:   Daniel Cole, Esq.

NY1000497.2
209881-10001

DB0002421