# EXHIBIT 17
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP



**LOEB & LOEB LLP**

LLOYD ROTHENBERG
Partner

345 Park Avenue
New York, NY  10154

Direct    212.407.4937
Main     212.407.4000
Fax       212.656.1076
lrothenberg@loeb.com

Federal Express

February 20, 2012

Intercom Ventures LLC
1165 North Clark Street
Suite 314
Chicago, Il  60610

Re:    License Agreements

Dear Sir or Madame:

We are counsel to EuroVu S.A. and Telewizja Polska Canada Inc.

Reference is hereby made to the License Agreement made and entered into as of January 2011 (the "Agreement") by and between Intercom Ventures LLC, a Delaware limited liability company ("Intercom"), and EuroVu S.A. ("EuroVu") and License Agreement made and entered into as of February 2011(the "Canadian Agreement") by Intercom and Telewizja Polska Canada Inc. ("TPC").  Capitalized terms used but not otherwise defined in this letter shall have the meanings ascribed thereto in the Agreement.

Section 16.1 of the Agreement and the Canadian Agreement provide that such agreements may be terminated for cause upon 30 days (10 days with respect to payment breaches) written notice if either party fails to perform any material obligation under such agreements or such violation is not cured within 30 days (10 days with respect to payment breaches) of written notice.

Intercom has failed to cure numerous payment breaches within 10 days after written notice thereof.  This letter constitutes written notice that the Agreement and the Canadian Agreement have been terminated effective immediately.

This letter is not intended to be an exhaustive list of your obligations to EuroVu pursuant to the Agreement and TPC pursuant to the Canadian Agreement or all of its rights and remedies, and EuroVu and TPC expressly reserve all of their respective rights and remedies and waive nothing.

Sincerely,

*Lloyd Rothenberg*

Lloyd Rothenberg
Partner

cc:    Daniel Cole, Esq.

EXHIBIT
TPs' 24
9.5.12 EEC

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   www.loeb.com

A limited liability partnership including professional corporations

NY1000497.2
209881-10001

DB0002422