# EXHIBIT 19
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

**From:** Nunzio Castellano <nucastel@gmail.com>
**Sent:** Thursday, January 26, 2012 3:10 PM
**To:** Dylan Bates
**Subject:** PolTV
**Attachments:** poltv financial.xlsx; PolTV 1.26.12.xlsx

Dylan,

In follow up to Thursday's meeting, projections for PolTV are attached. Spreadsheet 1 represents PolTV since inception but also includes projections through year's end. Spreadsheet 2 represents only 2012 projections and spreadsheet 3 totals PolTV monthly liabilities and details the current amount owed to all vendors. I imagine the projection worksheets will be subject to revision by you, Tony and Drilon, but I did the best I could to estimate based on averages from the past 12 months and anticipated amounts based on these averages. I know you have a team of analysts presenting to you at ATI, so forgive me if it is rudimentary. It's clearly not my strongest attribute, but I did my best. There were a lot of moving parts including varying royalty amounts and data transmission charges so I made a real effort to determine our potential revenues and liabilities based on numbers that we actually see, meaning taking into account cancellation rates, collection rates, credits for unhappy customers, etc. I would be more than happy to delve into this further with you, should time allow. Otherwise please let me know your thoughts once you have had the chance to review.

We had very little time to talk at our meeting last Thursday so if you care to discuss anything related to Intercom or PolTV, please let me know. I can be available and don't mind making a trip South West. I would like the opportunity to bring you up to speed on all that is going on around here. We've been hanging on by a thread and you can imagine how difficult it has been to operate. The day to day has been a grind but I see enough to be encouraged. Clearly there are steps that need to be taken including postponing minimums to ITVN if this has any hope of working, but with the right adjustments we'll be in this for the long haul.

We've added two new channels recently, WTK and TVR, both for pennies. The money is not there to finish the promised platform upgrades including DVR and On Demand, but I believe there is still an effort to launch the local American channel feature which would be a good shot in the arm. We're still experiencing problems intermittently with transmission(s), but overall it is vastly improved.

I am working on all PolTV year end accounting tasks including issuing 1099's, categorizing income types and double checking all expense categories since I noticed a few errors relating to when I download transactions from Chase's site, into QuickBooks. Any monies that are received from Intercom Ventures for PolTV is first applied toward open invoices for shared expenses, then any remaining amounts are applied toward equity. I have not made any material changes with the exception of requiring Intercom to pay certain expenses that should have never been PolTV's responsibility in the first place.

We've seen a new subscriber slow down in January (see attached spreadsheet), likely attributed to the season as well as a dramatic reduction in advertising and marketing. There is a balance, fortunately, so ridiculous amounts of money do not need to be spent on advertising. With a presence on Polish radio, Google ads, direct marketing and very limited print we feel we can adequately drive sales. The missing piece is dealers, but even now we have a few that are starting to produce regularly. We need to reengage the others.

4



CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0004126

Sorry for the lack of daily updates otherwise, but there has not been any material updates and I did not want to inundate you with tales of unhappy vendors and unruly Albanians. I will get back to a more regular update schedule and hope to be able to bring you up to speed soon, otherwise.

Also, Jerry is hosting a fundraiser in our office on Monday evening, Jan 30th, for Congressman Adam Kinzinger, I believe from yours and ATI's district. I know you've been involved politically, and I'm not sure to what extent this may help, but he supposedly sits on a committee that steers legislation and medicaid reimbursement. Maybe you know him already...if not and if you're remotely interested in meeting him/getting to know him, please let me know.

Lastly, I just forwarded you an email from Bob. I meant to send this email earlier but I have not been able to catch up with Tony or Drilon to go over these figures. I do not want to wait any longer. Please accept this as the "unofficial" projections. I will send an email later on with Tony and Drilon cc'd as well.

Looking forward to hearing from you.

Best,

**Nunzio Castellano**
312.203.1180
fax 312.268.5444
nucastel@gmail.com

5

CONFIDENTIAL - ATTORNEYS EYES ONLY                                            DB0004127