# EXHIBIT 20
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

| | |
|---|---|
| **From:** | Nunzio Castellano <nunzio@intercomventures.com> |
| **Sent:** | Thursday, January 26, 2012 10:29 PM |
| **To:** | Dylan Bates |
| **Cc:** | Drilon Qehaja; Tony Hoti |
| **Subject:** | projections |
| **Attachments:** | poltv financial.xlsx |

Dylan,

In follow up to Thursday's meeting, projections for PolTV are attached. Spreadsheet 1 of the "poltv financial" workbook represents PolTV finances since inception but also includes projections through year's end. Spreadsheet 2 represents only 2012 projections and spreadsheet 3 totals PolTV monthly liabilities and details the current amount owed to all vendors. I imagine the projection worksheets will be subject to revision by you, Tony and Drilon, but I did the best I could to estimate based on averages from the past 12 months and anticipated amounts based on these averages. There were a lot of moving parts including varying royalty amounts and data transmission charges so I made a real effort to determine our potential revenues and liabilities based on numbers that we actually see, meaning taking into account actual cancellation rates, collection rates, credits for unhappy customers, etc. I would be more than happy to delve into this further with you, should time allow. Otherwise please let me know your thoughts once you have had the chance to review.

Best,

Nunzio



1

CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0004128