# EXHIBIT 21
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

| | |
|---|---|
| From: | Nunzio Castellano <nucastel@gmail.com> |
| Sent: | Sunday, February 19, 2012 9:56 PM |
| To: | Dylan Bates |
| Subject: | PolTV |
| Attachments: | poltv finance 2.19.12.xlsx; poltv 2.18.12.xlsx |

Dylan,

Please see attached. The "projection" spreadsheet can be altered to reflect different monthly subscriber amounts. Certain amounts, including the royalty amounts and data transmission fees will change along with any changes made to the number of subs, so it should be the most accurate representation to date. The liabilities are accurate to date, as are the subscriber numbers. There is additional data for you to review, should you care to. Please let me know if you have any questions...

Thanks for taking the meeting tonight. So annoying I know but I am really hoping we can make this work as a group...somehow.

Best,

**Nunzio Castellano**
312.203.1180
fax 312.268.5444
nucastel@gmail.com



1

CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0004131