# EXHIBIT 22
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

LeAnn Piotrowski

| | |
|---|---|
| From: | Nunzio Castellano <nucastel@gmail.com> |
| Sent: | Thursday, March 08, 2012 12:14 AM |
| To: | Dylan Bates |
| Subject: | Project File |
| Attachments: | PolTV 3.7.12.pdf |

Dylan,

Project file attached. I left some dates untouched--wanted you to get a good idea of just how long overdue most tasks are. Our limited resources are being devoted to development of the new platform and maintenance of the existing one. The Admin needs more development and administration, as does our internal network. These tasks I have kept a closer eye on but progress has been limited. We've been in survival mode.

Let me know if you have any questions.

thanks,


**Nunzio Castellano**
312.203.1180
fax 312.268.5444
nucastel@gmail.com



CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0004138