# EXHIBIT 23
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

LeAnn Piotrowski

| | |
|---|---|
| From: | Nunzio Castellano <nucastel@gmail.com> |
| Sent: | Monday, March 12, 2012 6:58 PM |
| To: | Dylan Bates |
| Subject: | PolTV |
| Attachments: | PolTV 3.12.12.xlsx; ATT00001.htm |

Dylan,

Sales picked up on Friday, Saturday and now into today with double digits on each. No sales Sunday -- overall #'s need to be better. We need to find the sweet spot where customers pay for STBs willingly. Between the leasing, accessory/additional equipment, and add-ons we should be able to bring up the average subscription cost even with the reduced package pricing.

Hope all is well otherwise.

Nunzio Castellano
312.203.1180
fax 312.268.5444
nucastel@gmail.com



9

CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0004139