# EXHIBIT 24
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

| | |
|---|---|
| From: | Nunzio Castellano <nunzio@intercomventures.com> |
| Sent: | Wednesday, May 23, 2012 6:21 PM |
| To: | Dylan Bates |
| Cc: | Tony Hoti; Drilon Qehaja |
| Subject: | AP |
| Attachments: | poltv 5.23.12.xlsx; PolTV additional questions_updated 5.23.12.doc |

Dylan,

I hope all is well. Please find the attached excel workbook, detailing the current Accounts Payable. Individual spreadsheets named "bandwidth fees" and "co-location fees" give a further breakdown of these costs referenced on the accounts payable aging summary spreadsheet. I also provided a subscriber report for you to review. Lastly, please see the outline of "additional questions" from TVN. Those highlighted in yellow require resolution. Lukasz also requested that the response to the entire finance section be provided in written form. We would be better suited discussing some of these items in person as they are inherently complicated, but overall most of these questions were answered satisfactorily during the two day meeting with Lukasz F.

Please let us know when you are available to meet and discuss further.

Thanks,

**Nunzio Castellano**
p 312.203.1180
f 312.268.5444
nunzio@intercomventures.com
www.pol.tv



CONFIDENTIAL - ATTORNEYS EYES ONLY                    DB0004147