# EXHIBIT 25
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

**From:** Nunzio Castellano <nucastel@gmail.com>
**Sent:** Tuesday, June 12, 2012 10:04 PM
**To:** Dylan Bates
**Subject:** call statistics

Dylan,

Statistics based on phone calls yesterday and today, 3 pm.

| calls | 11-Jun | 12-Jun | Total |
|---|---|---|---|
| all | 825 | 425 | 1250 |
| answered | 345 | 209 | 554 |
| Following results are approximate and based on conversations with clients | | | |
| Clients, who will wait 60 days but will cancel for sure if TVP Polonia is not back | Clients, who complained but will not cancel the service if TVP is not back | | People who want to cancel right away |
| 45% | 45% | | 10% |
| 249 | 249 | | 55 |

thanks,

NC

12



CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0004158