# EXHIBIT 26
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

**LeAnn Piotrowski**

| | |
|---|---|
| **From:** | Dylan Bates |
| **Sent:** | Tuesday, May 01, 2012 4:08 PM |
| **To:** | Tony Hoti |
| **Cc:** | Nunzio Castellano; Drilon Qehaja; Dylan Bates; Hasan Hoti |
| **Subject:** | Re: EuroVu |

Tony, I can be avail at 10 am tomorrow for a call as this is a major issue. Thanks, Dylan

Sent from my iPhone

On May 1, 2012, at 4:01 PM, "Tony Hoti" <tony@intercomventures.com> wrote:

> Gentlemen,
>
>
> Nunzio told me yesterday that we were going to sit down today (Tuesday, May 01, 2012) and discuss the EuroVu (Spanski) lawsuit. I have postponed filing of the suit so we can have this meeting. It is 4PM and I have not received a confirmation from Nunzio regarding the time of the meeting. I hope we are still on for today as it is the only day left for us to discuss this matter before it goes to court. Let me know.
>
>
> Best,
>
>
> **Tony Hoti**
>
> President
>
> Intercom Ventures, LLC
>
> 350 North LaSalle Blvd. Suite 1000
>
> Chicago, IL 60654
>
> 1.312.841.0600 M
>
> 1.312.380.4611 F
>
> tony@intercomventures.com
>
> www.intercomventures.com
>
> www.shqiptv.com



1

CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0002799

www.bosnatv.com

www.pol.tv

2

CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0002800