# EXHIBIT 27
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

## Spanski

**From:** **Tony Hoti** (tony@intercomventures.com)
**Sent:** Sat 5/19/12 2:17 PM
**To:** 'Dylan Bates' (dylan.bates@atipt.com); Dylan Bates (dylan_bates@hotmail.com); Drilon Qehaja (d.qehaja@intercomventures.com); Nunzio Castellano (nunzio@intercomventures.com); Hasan Hoti (h.hoti@intercomventures.com)

Hi Dylan,

I just spoke with Bob and told him that he needs to deal directly with you to negotiate the new terms. I did not tell him directly that the suit has been filed, I simply said that if you and him do not reach an agreement over the weekend the lawsuit will be served early next week. If you feel that it will help your negotiation feel free to let him know that the suit has already been filed but we have been holding off from serving it to him. I did not want him to go into the conversation with you feeling very negative. Moreover, I told him that there are other parties we are talking to regarding an equity position in Intercom Poland and without telling him directly I hinted that it was TVN. I believe it is prudent that we get the blessing from TVN before we announce their intentions.

I also told Bob that you will be contacting him either today or tomorrow to discuss the matter. You can reach him at 011 377 979 82 454.

Fust FYI, he was a lot more receptive and non-combative than I expected. Please call him and let us know how it goes.

Best,

Tony Hoti

President

Intercom Ventures, LLC

350 North LaSalle Blvd. Suite 1000

Chicago, IL 60654

1.312.841.0600 M



EXHIBIT
TTs' 34
9.5.12 EEC

http://by170w.bay170.mail.live.com/mail/PrintMessages.aspx?cpids=32962a39-a1e7-11e1...   8/16/2012

CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0002957

1.312.380.4611 F

tony@intercomventures.com

www.intercomventures.com

www.shqiptv.com

www.bosnatv.com

www.pol.tv

CONFIDENTIAL - ATTORNEYS EYES ONLY

DB0002958