# EXHIBIT 29
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

## LeAnn Piotrowski

| | |
|---|---|
| From: | Nunzio Castellano <nunzio@intercomventures.com> |
| Sent: | Friday, May 25, 2012 4:47 PM |
| To: | Tony Hoti; Drilon Qehaja; Dylan Bates |
| Subject: | Spanski |
| Attachments: | 12 CIV 4175.pdf; 12 CIV 4175 declaration.pdf; 12 CIV 4175 exhibits.pdf |

We were served with the attached lawsuit this afternoon. The first page of each exhibit is labeled on the upper right hand corner with its corresponding letter, A-F. Exhibit A is Spanski's ironclad 25 year agreement with TVP, fyi.

Best,

**Nunzio Castellano**
p 312.203.1180
f 312.268.5444
nunzio@intercomventures.com
www.pol.tv



CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                                                      DB0004151