# EXHIBIT 30
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP



Strona Główna   Pakiety        Czat

Like | Send | 1,664 people like this.

**1.312.428.3828**
Kontakt



Zamów serwis PolTV w jednej z poniższych lokalizacji

           

### Zapraszamy do nowych lokalizacji PolTV

**Illinois**

Sklep Eurocenter
6017 W Belmont Av.
Chicago, IL, 60634
Otwarte 7 dni w tygodniu.

**Connecticut**

Sklep Polmart, 2 pietro
121 Broad St
New Britain, CT 06053
Otwarte 7 dni w tygodniu.

### Autoryzowani Dealerzy

**Illinois**

Satcom
5354 N. Milwaukee Ace
Chicago, IL
(773)775-8600

Pollux
9641 Grand Ave,
Franklin Park, IL
(847)451-9060

Gregmar TV
5736 W. Belmont Ave
Chicago IL
(773)939-5654

Lucki Communications
6456 W. Belmont Ave
Chicago IL
(773)202-8550

**New York / New Jersey**

Metro Satellite
110 Greenpoint Ave,
Brooklyn, NY 11222
(718)383-5303

Polsat Incoproated
288 Driggs Ave,
Brooklyn, NY 11222
(718)609-9087

ITCS Systems
6612 52nd Rd,
Maspeth, NY 11378
Pawel (718)578-4661

DB Cable Systems
441 Salem Ave,
Woodbury, NJ 08096
(856)845-4748

Polvision Inc.
340 S. Wood Ave,
Linden, NJ 07036
(908)474-0200

**Florida**

All Satellite
Holiday, FL 34690
Brooklyn, NY 11222
(718)383-5303

Goral Polish Deli
4108 US Highway 19,
Port Richey, FL
(727)267-2552

**Arizona**

Marosi Services – Marek Osicki
(480)208-9400

Renet Systems–Mariusz Kaniuka
(623)466-4757

**Georgia**

LVC Design–Jan Lukac
(404)966-6357

Skontaktuj się z nami

          

**Nasza Oferta**

> Lista Kanałów
> Stacje Radiowe
> Wideo Na Życzenie
> **Zamów**

**Dlaczego PolTV?**

> Instalacja
> 3D TV
> Opinie

**Pomoc**

> FAQ
> Kontakt
> Test Prędkości Łącza



> O Nas
> Odwiedź Sklep PolTV
> Wideo Prezentacja
> Galeria
> Man With A Camera Project
> Zostań Przedstawicielem

STRONA GŁÓWNA · O NAS · PAKIETY · WIDEO NA ŻYCZENIE · CZAT · FAQ · KONTAKT · TERMS AND CONDITIONS

All rights reserved Intercom Ventures LLC · Copyright 2011

Skontaktuj się z nami