# EXHIBIT 31
# 9/28/12 ZAVIN DECLARATION
# CASE NO. 12-4175-WHP

# Nunzio Castellano

| | |
|---|---|
| **From:** | Daniel C. Cole <dcole@handlerthayer.com> |
| **Sent:** | Wednesday, May 30, 2012 5:10 PM |
| **To:** | Dylan Bates; Dylan Bates; Nunzio Castellano |
| **Subject:** | FW: Spanski Enterprises, Inc. & EuroVu, S.A. v. Intercom Ventures, LLC et al., Case No. 12-4175 (SDNY) |
| **Attachments:** | 5-24-12 Spanski Declaration Supporting PI.pdf; Intercom Complaint 12-4175.pdf; Signed OSC.pdf; Memo Supporting PI.pdf; Barnett Declaration Supporting OSC.pdf; 5-24-12 Spanski Declaration Supporting PI.pdf |
| **Importance:** | High |

I spoke with Rick Steck today, who informed me regarding the Spanski dispute. I wanted to make sure you received these documents (which Rick forwarded to me) in which claims have been made against . There is a hearing on the preliminary injunction request set for June 4th at 2:30 pm in NYC.

According to Dick Steck, he is only representing Tony Hoti, personally, and Intercom Ventures, LLC. Obviously, I cannot represent you in this matter since we do not handle litigation and are not licensed in New York. You need to ensure that you have your interests represented by counsel in these matters.

Dylan, as you know, you indirectly control Intercom Poland, LLC, through your control of DBPol, LLC (the manager of Intercom Poland).

If there is anything I can do to help, please let me know.

Daniel C. Cole, C.P.A., J.D.
HANDLER THAYER, LLP
191 N. Wacker Drive, 23rd Floor
Chicago, Illinois 60606-1633
Tel: 312.960.2031
Fax: 312.641.6866
dcole@handlerthayer.com
www.handlerthayer.com

Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax related matter.

This communication may be subject to the attorney/client privilege and may contain confidential information intended only for the person to whom it is addressed. Any use, dissemination, forwarding, printing, or copying of this e-mail without consent of the originator is strictly prohibited. If you have received this e-mail in error, please immediately notify our office at (312) 641-2100. Please note that the prohibition on sharing this information does not preclude you from sharing with others the federal tax nature of any transaction discussed herein.

-----Original Message-----
From: Rick STECK [mailto:airsteck@usa.net]
Sent: Wednesday, May 30, 2012 11:42 AM

IV-IP-TH 001310

To: Daniel C. Cole
Subject: Fwd: Spanski Enterprises, Inc. & EuroVu, S.A. v. Intercom Ventures, LLC et al., Case No. 12-4175 (SDNY)

FYI per our discussion.

------ Original Message ------
Received: Fri, 25 May 2012 05:41:34 PM CDT
From: Michael Barnett <mbarnett@loeb.com>
To: "airsteck@usa.net" <airsteck@usa.net>, "stecklaw@hotmail.com" <stecklaw@hotmail.com>Cc: Jonathan Zavin <jzavin@loeb.com>, Christian Carbone <ccarbone@loeb.com>
Subject: Spanski Enterprises, Inc. & EuroVu, S.A. v. Intercom Ventures, LLC et al., Case No. 12-4175 (SDNY)

Dear Mr. Steck,

This law firm represents the Plaintiffs in the above-captioned action.

Please find attached courtesy copies of (1) A Complaint filed against Intercom Ventures, LLC, Intercom Poland, LLC, Tony Hoti and Dylan Bates; (2) An Order to Show Cause on Plaintiffs' Preliminary Injunction Motion; (3) Plaintiffs' Memorandum of Law Supporting the Preliminary Injunction Motion; (4) A Declaration from Boguslaw M. Spanski; and (5) a Declaration from Michael Barnett.

These documents were all filed in federal court in Manhattan today, and served this afternoon at the Chicago offices of Intercom Ventures, LLC and Intercom Poland, LLC.

The Court has set a hearing on Plaintiffs' preliminary injunction motion for June 4 at 2:30 p.m.

Sincerely,

Michael Barnett


Michael Barnett
Attorney At Law
[http://www.loeb.com/files/Uploads/LLHorizontal45.jpg]<http://www.loeb.com/>
345 Park Avenue | New York, NY  10154
Direct Dial: 212.407.4163 | Fax: 212.656.1554 | Email: mbarnett@loeb.com

Los Angeles | New York | Chicago | Nashville | Washington, DC | Beijing | www.loeb.com

_____

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

_____