UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
: 
SPANSKI ENTERPRISES, INC. and :
EUROVU, S.A., :
: 
       Plaintiffs, :
: 
     v. : Civil Action No. 12-CV-4175-WHP-
: AJP
INTERCOM VENTURES, LLC, INTERCOM :
POLAND, LLC, TONY HOTI and DYLAN :
BATES, :
: 
       Defendants. :
: 
----------------------------------------------------------X

## DECLARATION OF KEVIN C. PARKS

I, Kevin C. Parks, declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1.    I have been a licensed attorney in the State of Illinois since 1988 and have been admitted to practice *pro hac vice* before this Court in the present action. I am a partner of the law firm Leydig, Voit & Mayer, Ltd., representing Defendant Dylan Bates in this action.

    2.    I am submitting this Declaration based upon my personal knowledge, information, and belief, in connection with Mr. Bates' Motion to Dismiss, filed on August 31, 2012.

    3.    Attached hereto and made a part hereof as Exhibit A is a true and correct copy of a July 20, 2012 pre-motion letter from my co-counsel, Martin J. Feinberg, concerning Defendant Bates' anticipated Motion to Dismiss pursuant to Rules 12(b)(2) and (6).

    4.    Attached hereto and made a part hereof as Exhibit B is a true and correct copy of Plaintiffs' Notice of Deposition of Dylan Bates, pursuant to Rule 30, dated August 10, 2012.

5. Attached hereto and made a part hereof as Exhibit C is a true and correct copy of Plaintiffs' Request for Documents to Defendant Bates, pursuant to Rules 26 and 34, dated August 10, 2012.

6. Attached hereto and made a part hereof as Exhibit D is a true and correct copy of the Subpoena to Produce Documents issued to DBPol, LLC herein, dated August 20, 2012.

7. Attached hereto and made a part hereof as Exhibit E are true and correct copies of excerpts of the Deposition of Dylan Bates taken September 5, 2012.

Date: October 5, 2012

Kevin C. Parks