# EXHIBIT B

# 10/5/12 PARKS DECLARATION

# CASE NO. 12-4175-WHP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
SPANSKI ENTERPRISES, INC. and                            :
EUROVU, S.A.,                                            :   12-CV-4175-WHP-AJP
                                                         :
                        Plaintiffs,                      :
                                                         :
        v.                                               :
                                                         :   **NOTICE OF**
INTERCOM VENTURES, LLC, INTERCOM                         :   **DEPOSITION**
POLAND, LLC, TONY HOTI and DYLAN                         :
BATES,                                                   :
                                                         :
                        Defendants.                      :
-------------------------------------------------------- X

**TO DEFENDANT DYLAN BATES AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Spanski Enterprises, Inc. and EuroVu, S.A. will take the deposition upon oral examination of Defendant Dylan Bates at the Chicago, Illinois offices of undersigned counsel, located at 321 North Clark Street, Suite 2300, on September 6, 2012 at 9:30 a.m. before a certified stenographer. The deposition will be recorded by sound, visual and/or stenographic means. The deposition will take place before a qualified notary public or other officer authorized by law to administer oaths. The deposition will be taken for the purposes of ascertaining all facts that may be relevant to Defendant's planned motion to dismiss as set forth in Defendant's counsel's letter to the Court dated July 20, 2012. The deposition will commence on the date set forth above and will continue until complete as permitted by law.

/
/
/

/
/

Dated: New York, N.Y.
       August 10, 2012

                                            Jonathan Zavin (JZ-1846)
                                            Christian D. Carbone (CC-6502)
                                            Michael Barnett (MB-7686)
                                            LOEB & LOEB LLP
                                            345 Park Avenue
                                            New York, NY 10154
                                            Main: (212) 407-4000
                                            Fax: (212) 407-4990

                                            *Attorneys for Plaintiffs*
                                            *Spanski Enterprises, Inc. and EuroVu, S.A.*